ACCEPTED
03-14-00012-CV
3703647
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 4:20:48 PM
JEFFREY D. KYLE
CLERK

**NO. 03-14-00012-CV**

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 4:20:48 PM
_____JEFFREY D. KYLE_____
Clerk

STATE OFFICE OF RISK MANAGEMENT
*Appellant*

v.

KATINA A. EDWARDS
*Appellee*

On Appeal from the
53rd Judicial District Court of Travis County, Texas

**DESIGNATION OF NEW LEAD COUNSEL**

TO THE HONORABLE JUSTICES OF THE TEXAS THIRD COURT OF APPEALS:

COMES NOW, Appellant, State Office of Risk Management, and hereby notifies the Court of the designation of J. Red Tripp as new lead counsel in charge of this file, formally assigned to Deputy General Counsel, Barbara L. Klein.

This substitution is being made because Barbara L. Klein is no longer employed with the State Office of Risk Management.

1

Respectfully submitted,


//s//  J. Red Tripp
J. Red Tripp
State Bar No. 00790257
Associate General Counsel
State Office of Risk Management
P.O. Box 13777
Austin, Texas  78711-3777
(512) 936-1516
(512) 370-9189 fax
Red.Tripp@sorm.state.tx.us
Counsel for Appellant


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellant's Designation

of New Lead Counsel was served on Appellee via electronic service

pursuant to the TRAP on the 8th day of January, 2015.

Bradley Dean McClellan
State Bar No. 13395980
Of Counsel, Law Offices of Richard Pena
1701 Director's Blvd., Suite 110
Austin, Texas 78744
(512) 327-6884 office
(512) 694-8843 cell
(512) 327-8354 fax
brad.mcclellan@yahoo.com


//s//  J. Red Tripp
J. Red Tripp